IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN MEDICAL SOCIETY OF GREATER KANSAS CITY and RONALD COSENS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-0864-CV-W-DW |
| EXECUTIVE RISK INDEMNITY, INC., | ) ) ) | |
| Defendants. | ) | |

# ORDER

Plaintiffs have filed a notice of voluntary dismissal without prejudice (Doc. 18). <u>See</u> Fed. R. Civ. P. 41(a)(1). No answer or motion for summary judgment has been filed. Therefore, this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date:  December 7, 2005